IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY CHERRY, | ) | |
| | ) | No. 15 C 341 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Jorge Alonso |
| | ) | |
| J.P. MORGAN CHASE, | ) | |
| | ) | |
| Defendant. | | |

## MEMORANDUM OPINION AND ORDER

Plaintiff asks to proceed *in forma pauperis* ("IFP") in this suit against JP Morgan Chase for breach of contract and negligence. In response to question 2b on his IFP application, plaintiff states that he was last employed in March 2013, but he does not provide the name and address of his employer, as the form requires. Moreover, his answer appears to contradict his allegations that he is "managing partner of Landguard Eagle L3C, an Illinois licensed mortgage brokerage" and was approved by defendant for a $25,000.00 credit line for Landguard in April 2014. (*See* Compl. ¶¶ 1-3.) In addition, plaintiff's response to question 4b, which asks for the total amount of income he has received from employment in the last twelve months, is illegible. In short, plaintiff's IFP application does not demonstrate that he is indigent. Therefore, the Court denies the application [4], and gives plaintiff until February 9, 2015 to submit an amended IFP application or pay the filing fee for this case. If he fails to do so, this case will be dismissed.

**SO ORDERED.**        **ENTERED:   January 26, 2015**

_____
**HON. JORGE ALONSO**
**United States District Judge**